BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. RAVEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD ENTERPRISE, INC., a Delaware corporation, and Does 1-100, Inclusive,<br><br>Defendants. | Case No. 2:16−CV−02610−WBS−DB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED: March 1, 2017          /s/ *David Graulich*
                              Attorney(s) for Plaintiff(s)

DATED: March 1, 2017          /s/ *Benjamin A. Emmert*
                              Attorney(s) for Defendant(s)

IT IS SO ORDERED.

Dated: March 2, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2.     Case No. 2:16−CV−02610−WBS−DB

Stipulation and Order To Elect Referral of Action to Voluntary Dispute Resolution Program