*Counsel Appear On Following Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. RAVEL, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD ENTERPRISE, INC., a Delaware corporation, and Does 1-100, Inclusive,<br><br>               Defendants. | Case No. 2:16−CV−02610−WBS−DB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:     May 22, 2017<br>Time:    1:30 p.m.<br>Ctrm.:   Courtroom 5<br>Judge:  Hon. William B. Shubb<br><br>Complaint filed: September 21, 2016<br>Trial date: Not Set |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

Case No. 2:16−CV−02610−WBS−DB

1  David Graulich, Esq. (State Bar No. 260515)
   LAW PRACTICE OF DAVID GRAULICH
2  PO box 2041
   Fair Oaks, CA 95628
3  Telephone (916) 966-9600
   Email: david@wrongedatwork.com
4
   Attorney for Plaintiff
5  BETTY L. RAVEL

6

7  BENJAMIN A. EMMERT, Bar No. 212157
   LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
8  San Jose, CA  95113.2303
   Telephone:    408.998.4150
9  Fax No.:      408.288.5686

10 BARBARA A. BLACKBURN, Bar No. 253731
   LITTLER MENDELSON, P.C.
11 500 Capitol Mall, Suite 2000
   Sacramento, CA 95814
12 Telephone:    916.830.7200
   Fax No.:      916.561.0828
13
   Attorneys for Defendant
14
   HEWLETT PACKARD ENTERPRISE COMPANY

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE    1.    Case No.  2:16−CV−02610−WBS−DB

Plaintiff BETTY L. RAVEL ("Plaintiff") and Defendant HEWLETT-PACKARD ENTERPRISE, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on March 3, 2017, by stipulation of the Parties, the Court referred this matter to the Voluntary Dispute Resolution Program pursuant to Local Rule 271;

WHEREAS, on April 27, 2017, the Parties participated in a mediation conducted by Terry A. Wills of the law firm Cook/Brown;

WHEREAS, the Parties did not reach a resolution of the lawsuit at the mediation, but have continued to engage in settlement discussions following the mediation;

WHEREAS, the Parties request the Court continue the Case Management Conference currently set for May 22, 2017, to June 19, 2017, to allow additional time to attempt to settle this lawsuit.

NOW, THEREFORE, IT IS HEREBY STIPULATED, that the Case Management Conference be continued to from May 22, 2017, to June 19, 2017.

IT IS SO STIPULATED.

Dated: May 10, 2017

/s/ *David Graulich*
DAVID GRAULICH, Esq.
LAW PRACTICE OF DAVID GRAULICH
Attorneys for Plaintiff
Betty L. Ravel

Dated: May 10, 2017

/s/ *Benjamin A. Emmert*
BENJAMIN A. EMMERT
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

## ORDER

Based on the stipulation between the parties and for good cause shown, the Case Management Conference currently scheduled in the above-captioned matter for May 22, 2017, is hereby continued to June 19, 2017, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: May 11, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:147536477.1 086660.1003