1  BENJAMIN A. EMMERT, Bar No. 212157
   LITTLER MENDELSON, P.C.
2  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
3  Telephone:    408.998.4150
   Fax No.:      408.288.5686
4  Email: bemmert@littler.com

5  Attorneys for Defendant
   HEWLETT PACKARD ENTERPRISE COMPANY
6

7  DAVID GRAULICH, ESQ. (SBN 260515)
   LAW PRACTICE OF DAVID GRAULICH
8  PO Box 2041
   Fair Oaks, ca  95628
9  Telephone (916) 966-9600
   Email: david@wrongedatwork.com
10
   Attorney For Plaintiff
11 BETTY RAVEL

12 (*Additional Counsel Listed On Following Page*)

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15 BETTY L. RAVEL, an individual,            Case No.  2:16−CV−02610−WBS−DB

16              Plaintiff,                   **JOINT STIPULATION FOR DISMISSAL
                                             OF PLAINTIFF'S SIXTH CLAIM FOR
17       v.                                  RELIEF FOR INTENTIONAL INFLICTION
                                             OF EMOTIONAL DISTRESS AND TO
18 HEWLETT-PACKARD ENTERPRISE,               DISMISS ALL OF PLAINTIFF'S CLAIMS
   INC., a Delaware corporation, and Does    FOR NON-ECONOMIC DAMAGES;
19 1-100, Inclusive,                         ~~PROPOSED~~ ORDER**

20              Defendants.

21
                                             Complaint filed: September 21, 2016
22                                           Trial date: August 14, 2018

23

24

25

26

27

28

STIPULATION TO DISMISS SIXTH CLAIM FOR RELIEF FOR IIED AND PLAINTIFF'S CLAIMS FOR NON-
ECONOMIC DAMAGES

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:    916.830.7200
Fax No.:       916.561.0828
Email: BBlackburn@littler.com

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

JEFFREY HO, Cal. Bar No. 313361
HEWETT PACKARD ENTERPRISE COMPANY
3000 Hanover Street
Mail Stop 1050
Palo Alto, CA 94304
Telephone: (650) 258-3422
Fax No.:
Email: jho@hpe.com

Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

Case No.  2:16−CV−02610−WBS−DB

STIPULATION TO DISMISS SIXTH CLAIM FOR RELIEF FOR IIED AND PLAINTIFF'S CLAIMS FOR NON-
ECONOMIC DAMAGES

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1             Plaintiff Betty L. Ravel ("Plaintiff") and Defendant Hewlett Packard Enterprise

2 Company (incorrectly identified as Hewlett Packard Enterprise, Inc. in this lawsuit) (hereafter

3 "HPE"), (Plaintiff and HPE are collectively referred to as the "Parties") through their respective

4 attorneys of record in this lawsuit, stipulate as follows:

5             1.      Plaintiff's Complaint contains a claim for relief for Intentional Infliction of

6 Emotional Distress ("IIED").

7             2.      Through her IIED claim and her other claims for relief in her Complaint,

8 Plaintiff seeks economic and non-economic damages including, but not limited to non-economic

9 damages for alleged emotional distress, against HPE in this action.

10             3.      Plaintiff identified her husband, Scott Ravel, as a witness who is likely to have

11 discoverable information regarding her claims against HPE and who she may use to support her

12 claims in this lawsuit.

13             4.      HPE noticed the deposition of Scott Ravel and properly served him with a

14 deposition subpoena commanding his appearance and testimony.

15             5.      In exchange for HPE agreeing to take Scott Ravel's deposition off calendar

16 and not noticing his deposition in the future or calling him as a witness at trial, Plaintiff has agreed:

17 (1) to withdraw Scott Ravel as a witness in this lawsuit; (2) to not call Scott Ravel as a witness, or

18 directly or indirectly solicit any testimony whatsoever from him at the trial in this lawsuit; (3)

19 dismiss her IIED claim for relief with prejudice; (4) dismiss all of her claims for all non-economic

20 relief, including but not limited to any and all claims for damages for alleged emotional distress

21 (including any alleged garden variety emotional distress or otherwise) with prejudice and waive any

22 right to seek such damages in this lawsuit; (5) only seek damages for her alleged economic loss in

23 this lawsuit; and (6) not present or attempt to present any evidence, including  any documentary or

24 testimonial evidence, of any alleged non-economic injury or damages at the trial in this matter,

25 including, but not limited to any evidence of any alleged emotional distress.

26

27

28

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1          **NOW, THEREFORE**, the Parties respectfully request that the Court enter an order

2    granting the Parties' stipulation as follows:

3          1.      HPE's deposition of Scott Ravel shall be taken off calendar and shall not be

4    renoticed.

5          2.      Plaintiff shall withdraw Scott Ravel as a witness in this lawsuit and shall not

6    call him as a witness at the trial in this lawsuit and shall not present, attempt to present, or rely on

7    any testimony or other evidence by Scott Ravel in any pre-trial proceedings or at the trial in this

8    lawsuit.

9          3.      HPE shall not call Scott Ravel as a witness at the trial in this lawsuit.

10         4.      Plaintiff's IIED claim for relief shall be dismissed with prejudice.

11         5.      Plaintiff's claims for alleged non-economic damages/recovery of non-

12   economic relief shall be dismissed from the lawsuit and Plaintiff shall not seek recovery of any non-

13   economic relief in this lawsuit.  Plaintiff's recovery in this action, if any, shall be limited to proven

14   economic loss.

15         6.      Plaintiff shall not present or attempt to present any evidence, including  any

16   documentary or testimonial evidence, of any alleged non-economic injury or damages in any pre-

17   trial proceedings or at the trial in this matter, including, but not limited to any evidence of any

18   alleged emotional distress.

19   **IT IS SO STIPULATED.**

20    Dated:  February 5, 2018

21                                              */s/ Benjamin A. Emmert*
                                               BENJAMIN A. EMMERT
22                                             LITTLER MENDELSON, P.C.
                                               Attorneys for Defendant
23                                             HEWLETT PACKARD ENTERPRISE
                                               COMPANY

24    Dated:  February 5, 2018

25

26                                             */s/ David Graulich*
                                               DAVID GRAULICH
27                                             LAW PRACTICE OF DAVID GRAULICH
                                               Attorneys for Plaintiff
28                                             BETTY L. RAVEL

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION TO DISMISS SIXTH CLAIM FOR RELIEF FOR IIED AND PLAINTIFF'S CLAIMS FOR NON-
ECONOMIC DAMAGES

**ORDER GRANTING STIPULATION**

Pursuant to the stipulation of Plaintiff Betty L. Ravel ("Plaintiff") and Hewlett Packard Enterprise Company ("HPE"), the Court Orders as follows:

1.    HPE's deposition of Scott Ravel shall be taken off calendar and shall not be renoticed.

2.    Plaintiff shall withdraw Scott Ravel as a witness in this lawsuit and shall not call him as a witness at the trial in this lawsuit and shall not present, attempt to present, or rely on any testimony or other evidence by Scott Ravel in any pre-trial proceedings or at the trial in this lawsuit.

3.    HPE shall not call Scott Ravel as a witness at the trial in this lawsuit.

4.    Plaintiff's IIED claim for relief shall be dismissed with prejudice.

5.    Plaintiff's claims for alleged non-economic damages/recovery of non-economic relief shall be dismissed from the lawsuit and Plaintiff shall not seek recovery of any non-economic relief in this lawsuit. Plaintiff's recovery in this action, if any, shall be limited to proven economic loss.

6.    Plaintiff shall not present or attempt to present any evidence, including any documentary or testimonial evidence, of any alleged non-economic injury or damages in any pre-trial proceedings or at the trial in this matter, including, but not limited to any evidence of any alleged emotional distress.

IT IS SO ORDERED.

Dated:  February 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:152669991.1 066902.1115

5.                    Case No.  2:16−CV−02610−WBS−DB
STIPULATION TO DISMISS SIXTH CLAIM FOR RELIEF FOR IIED AND PLAINTIFF'S CLAIMS FOR NON-ECONOMIC DAMAGES