| | |
|---|---|
| 1 | BENJAMIN A. EMMERT, Bar No. 212157<br>LITTLER MENDELSON, P.C. |
| 2 | 50 W. San Fernando, 7th Floor<br>San Jose, CA 95113.2303 |
| 3 | Telephone: 408.998.4150<br>Fax No.: 408.288.5686 |
| 4 | Email: bemmert@littler.com |
| 5 | Attorneys for Defendant |
| 6 | HEWLETT PACKARD ENTERPRISE COMPANY |
| 7 | DAVID GRAULICH, Bar No. 260515<br>LAW PRACTICE OF DAVID GRAULICH |
| 8 | PO Box 2041<br>Fair Oaks, Ca 95628 |
| 9 | Telephone (916) 966-9600<br>Email: david@wrongedatwork.com |
| 10 | |
| 11 | Attorney For Plaintiff<br>BETTY RAVEL |
| 12 | (*Additional Counsel Listed On Following Page*) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. RAVEL, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD ENTERPRISE, INC., a Delaware corporation, and Does 1-100, Inclusive,<br><br>            Defendants. | Case No. 2:16−CV−02610−WBS−DB<br><br>**STIPULATION FOR ORDER DISMISSING LAWSUIT WITH PREJUDICE; ~~PROPOSED~~ ORDER**<br><br><br>Complaint filed: September 21, 2016<br>Trial date: August 14, 2018 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 2:16−CV−02610−WBS−DB

**STIPULATION FOR ORDER DISMISSING LAWSUIT WITH PREJUDICE; PROPOSED ORDER**

1  BARBARA A. BLACKBURN, Bar No. 253731
   LITTLER MENDELSON, P.C.
2  500 Capitol Mall, Suite 2000
   Sacramento, CA 95814
3  Telephone:  916.830.7200
   Fax No.:    916.561.0828
4  Email: BBlackburn@littler.com

5  JEFFREY HO, Bar No. 313361
   HEWETT PACKARD ENTERPRISE COMPANY
6  3000 Hanover Street
   Mail Stop 1050
7  Palo Alto, CA 94304
   Telephone: (650) 258-3422
8  Fax No.:
   Email: jho@hpe.com

   Attorneys for Defendant
10 HEWLETT PACKARD ENTERPRISE COMPANY

**STIPULATION FOR ORDER DISMISSING LAWSUIT WITH PREJUDICE; PROPOSED ORDER**

Plaintiff Betty L. Ravel ("Plaintiff") and Defendant Hewlett Packard Enterprise Company (incorrectly identified as Hewlett Packard Enterprise, Inc. in this lawsuit) (hereafter "HPE"), (Plaintiff and HPE are collectively referred to as the "Parties"), through their respective attorneys of record in this lawsuit, stipulate as follows:

Plaintiff and HPE have resolved all of the claims and defenses each Party asserted against the other in the above-entitled lawsuit. The Parties therefore request that the Court dismiss the above-entitled lawsuit with prejudice with each party bearing his/its own litigation costs, expenses and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 8, 2018

           */s/ Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HEWLETT PACKARD ENTERPRISE COMPANY

Dated: May 8, 2018

           */s/ David Graulich*
DAVID GRAULICH
LAW PRACTICE OF DAVID GRAULICH
Attorneys for Plaintiff
BETTY L. RAVEL

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150

3.  Case No. 2:16−CV−02610−WBS−DB
**STIPULATION FOR ORDER DISMISSING LAWSUIT WITH PREJUDICE; PROPOSED ORDER**

# [RDER GRANTING STIPULATION

Pursuant to the stipulation of Plaintiff Betty L. Ravel ("Plaintiff") and Hewlett Packard Enterprise Company ("HPE") to dismiss this action with prejudice, the Court Orders as follows:

Plaintiff's lawsuit identified as Case Number 2:16−CV−02610−WBS−DB is hereby dismissed with prejudice. Each Party shall bear her/its own litigation costs, expenses and attorney fees.

IT IS SO ORDERED.

Dated: May 8, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:153342714.1 066902.1115

LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, CA 95113.2303
408.998.4150